IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 11 PM 3: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| Priva Technologies, Inc. ) | |
| ) | |
| Plaintiff ) | No. 05-2682 Ma V |
| ) | |
| v. ) | |
| ) | |
| Ken Buchholz, et. al. ) | |
| ) | |
| Defendants ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER AND OTHERWISE RESPOND**

Upon motion of the Defendants, and for good cause shown, this Court finds that the time for Defendants to answer or otherwise respond to the Complaint should be enlarged by thirty days, and that the date for such answer or other response should be November 11, 2005.

So Ordered.

_Diane K. Vescovo_

U.S. ~~District~~ Judge
Magistrate

522801.1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-12-05_

9

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02682 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

David M. Rudolph
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT