IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -2  AM 6: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

PRIVA TECHNOLOGIES, INC.,

    Plaintiff,

VS.                                    NO. 05-2682-MaV

KEN BUCHHOLZ, EXPRESS SCAN, INC.,
AND TRIPLE DIAMOND, INC.,

    Defendants.

---

## ORDER OF DISMISSAL

---

The parties have submitted a "Stipulation of Dismissal With Prejudice" in this matter indicating that this matter may be dismissed.  It is therefore ORDERED that this case is DISMISSED with prejudice, each party to bear its own costs.

Entered this __31st__ day of October, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___11-7-05___

12

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02682 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

David M. Rudolph
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT